**FILED - GR**
January 26, 2024 4:06 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW SCANNED BY: ⟋ 1-26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

EVETTE WALLACE,

Defendant.

_____/

No. 1:24-cr-

**1:24-cr-10**

**Hala Y. Jarbou**
**Chief U.S. District Judge**

**FELONY**
**INFORMATION**

The United States Attorney charges:

**Conspiracy to Distribute and Possess with Intent to Distribute**
**Controlled Substances**

Beginning on a date unknown, but at least by in or about 2022 and continuing until on or about November 30, 2022, in Ingham County and Kalamazoo County, in the Southern Division of the Western District of Michigan, and elsewhere, the Defendant,

**EVETTE WALLACE,**

and others known and unknown, knowingly and intentionally combined, conspired, confederated, and agreed with each other to distribute and to possess with intent to distribute controlled substances, including a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)

1

Date: _1/26/24_

MARK A. TOTTEN
United States Attorney

STEPHANIE M. CAROWAN
AUSTIN J. HAKES
Assistant United States Attorneys

2